**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID RAY SIMMONS,<br><br>               Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS;<br>BMO BANK N.A.,<br><br>               Defendants. | Case No. 2:26-cv-00347-TLN-CSK<br><br>(Assigned to Hon. Troy N. Nunley)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S INITIAL EX PARTE EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed:     Feb. 9, 2026<br>Complaint Served: Feb. 12, 2026<br>Current Response Date: Mar, 5, 2026<br>New Response Date: Apr. 2, 2026 |

**ORDER**

On March 3, 2026, Defendant Experian Information Solutions, Inc. ("Experian") filed its Motion for Extension of Time to Respond to the Complaint. (ECF No. 6.)

The Court, having considered the Motion and finding good cause therefor, hereby **GRANTS** the Motion and **ORDERS** as follows:

1.     Experian's time to respond to the Complaint is extended up to and including April 2, 2026.

2.     This extension does not constitute a waiver of any claim, right, or defense.

**IT IS SO ORDERED.**

Dated:  March 5, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, simm0347.26

[PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
INITIAL EX PARTE EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 2:26-CV-00347-TLN-CSK