UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAY SIMMONS,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br>Defendant. | Case No. 2:26-cv-00347-TLN-CSK (PS)<br><br>ORDER<br><br>(ECF Nos. 20, 25) |

Pending before the Court are Plaintiff David Ray Simmons's motions to strike certain affirmative defenses in Defendant Experian Information Solutions, Inc.'s Answer (ECF No. 17).[1] (ECF Nos. 20, 25.) On June 8, 2026, the Court submitted both motions upon the record and briefs on file pursuant to Local Rule 230(g). 6/8/2026 Order (ECF No. 29).

In light of the pending Findings and Recommendations to dismiss Plaintiff's Complaint (ECF No. 1) with leave to amend, *see* 7/14/2026 Order and Findings and Recommendations (ECF No. 38), Plaintiff's motions to strike (ECF Nos. 20, 25) are DENIED without prejudice to renewal should the District Judge decline to adopt the

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

pending Findings and Recommendations.

IT IS SO ORDERED.

Dated: July 15, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, simm.0347.26