UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAY SIMMONS,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br>Defendants. | No. 2:26-cv-00347-TLN-CSK<br>**ORDER** |

Plaintiff, proceeding pro se, has filed this action seeking relief under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 14, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 38.) No objections were filed, and the time to do so has passed.

The Court presumes any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and

recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed July 14, 2026 (ECF No. 38) are ADOPTED in full;

2. Defendant BMO Bank N.A.'s motion to dismiss (ECF No. 9) is GRANTED;

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice; and

4. Plaintiff shall file an amended complaint within thirty days of the filed date of this order.

IT IS SO ORDERED.

DATE: October 19, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE